**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EVE BROSSARD, on behalf of herself and others similarly situated, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:26-cv-00694 |
| SUNRISE SOLAR, LLC, | : | |
| Defendant. | : | |

**JOINT MOTION FOR EXTENSION OF**
**TIME TO FILE JOINT INITIAL STATUS REPORT**

Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Eve Brossard and Defendant Sunrise Solar, LLC (collectively, the "Parties") jointly move the Court for a 14-day extension of time, to and including May 8, 2026, to file their Joint Initial Status Report, and for a corresponding continuance of the April 29, 2026 Initial Status hearing. In support, the Parties state as follows:

1. On March 19, 2026, the Court set April 24, 2026 as the deadline for the Parties to file their Joint Initial Status Report and April 29, 2026 for the Initial Status hearing. ECF No. 13.

2. Since the entry of that order, counsel have conferred regarding Plaintiff's claims and Defendant's defenses and have begun exchanging information relevant to the issues in dispute.

3. Those efforts are ongoing and may streamline the issues for the Court, reduce the scope of matters to be addressed in the Joint Initial Status Report, and potentially facilitate an early resolution.

4. Given the Parties' efforts, a modest extension of time to file their Joint Initial Status Report would conserve the resources of both the Parties and the Court.

5. This is the Parties' first request for an extension of this deadline. The request is made jointly, in good faith, and not for purposes of delay.

Accordingly, the Parties respectfully request that the Court grant this motion and extend the deadline for the Parties to file their Joint Initial Status Report by fourteen (14) days, to and including May 8, 2026, and to continue the Initial Status hearing to a date convenient for the Court.

DATED: April 21, 2026

Respectfully submitted,

*/s/ Daniel J. Marovitch*
Daniel J. Marovitch
MAROVITCH LAW FIRM, LLC
205 N. Michigan Ave., Suite 810
Chicago, IL 60601
Telephone: (312) 533-1605
dmarovitch@marovitchlaw.com
Larry P. Smith
David M. Marco
SMITHMARCO, P.C.
400 Lake Cook Rd., Suite 203
Deerfield, IL 60015
Telephone: (888) 915-0836
lsmith@smithmarco.com
dmarco@smithmarco.com

*Counsel for Plaintiff*

*/s/ Matthew A. Keilson*
Matthew Keilson (*pro hac vice*)
mkeilson@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th St NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (678) 372-0408
Fax: (404) 537-1650

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Keilson*
Matthew Keilson (*pro hac vice*)